IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**AUTUMN IANNAMORELLI,**

     **Plaintiff,**

v.                                        **CIVIL ACTION NO. 5:15-cv-11636**
                                                  (Judge Berger)

**GREAT LAKES EDUCATIONAL
LOAN SERVICES, INC.,**

     **Defendant.**

## NOTICE OF DISMISSAL UNDER
## RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Autumn Iannamorelli ("Plaintiff") and defendant Great Lakes Educational Loan Services, Inc. ("Great Lakes"), by their respective counsel, voluntarily stipulate to the dismissal, with prejudice, of the above-captioned action, with each party to bear its own fees and costs.

| **AUTUMN IANNAMORELLI** | **GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.** |
|---|---|
| **By Hamilton Burgess Young & Pollard, PLLC** | **By Spilman Thomas & Battle, PLLC** |
| */s/ Steven R. Broadwater, Jr.* | */s/ Angela L. Beblo* |
| Ralph C. Young, Esquire | Bruce M. Jacobs (WV Bar No. 6333) |
| Christopher B. Frost, Esquire | Angela L. Beblo (WV Bar No. 10345) |
| Steven R. Broadwater, Jr. | PO Box 273 |
| Jed R. Nolan, Esquire | Charleston, WV 25321-0273 |
| Hamilton, Burgess, Young & Pollard, PLLC | 304.340.3800 |
| P.O. Box 959 | 304.340.3801 (*facsimile*) |
| Fayetteville, WV 25840 | bjacobs@spilmanlaw.com |
| 304.574.2727 | abeblo@spilmanlaw.com |
| ryoung@hmailtonburgess.com | |
| cfrost@hamiltonburgess.com | |
| sbroadwater@hamiltonburgess.com | |
| jnolan@hamiltonburgess.com | |